IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **THERON DAVIS**, ID # 552783, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:06-CV-0174-K(BH) |
| v. | § | |
| | § | |
| **DALLAS COUNTY,** | § | |
| | § | |
| Defendant. | § | Pretrial Management |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, *Defendant Dallas County, Texas' Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) and Brief in Support*, filed May 9, 2006, is GRANTED and that Plaintiff's claims against Defendant are hereby DISMISSED, with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

SO ORDERED.

DATED: October 20th, 2006.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE